THE DOCUMENT ORIGINALLY ASSOCIATED WITH THIS DOCKET ENTRY HAS BEEN DELETED.  SEE DOCKET ENTRY TEXT FOR FURTHER EXPLANATION.